AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00278 |
| Dillon Paul Homol | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 3/4/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Dillon Paul Homol                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) & (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1512(c)(2) & 2 - Obstruction of Justice/Congress.

Date:     03/05/2021                                                     2021.03.05 11:04:26 -05'00'
                                                                    *Issuing officer's signature*

City and state:     Washington, D.C.                     Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 5-March-2021, and the person was arrested on *(date)* 16-March-2021
at *(city and state)* Cocoa Beach, Florida.

Date: 16-March-21
                                                                    *Arresting officer's signature*

                                                                    Special Agent Jacob Hamilton
                                                                    *Printed name and title*