**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal No. 1:21-mj-00278-RMM-1 |
| | :    Hon. Robin M. Meriweather |
| **DILLON PAUL HOMOL** | : |
| | : |
| _____ | : |

### NOTICE OF APPEARANCE

Defendant Dillon Paul Homol hereby gives notice to the Court that David Carey Woll, Jr. of the law firm of Briglia Hundley, P.C. enters his appearance as counsel for defendant Dillon Paul Homol in the above captioned case. Mr. Woll is a member in good standing of the United States District Court for the District of Columbia.

The undersigned counsel respectfully requests that copies of all future notices, orders, and pleadings issued or filed in this action be served upon the undersigned as follows:

> David Carey Woll, Jr.
> dwoll@brigliahundley.com
> BrigliaHundley, P.C.
> 1921 Gallows Road, Suite 750
> Tysons Corner, VA 22182
> Ph: (703) 940-3748
> Fax: (703) 883-0899

1

Respectfully submitted,

_____/s/_____
David Carey Woll, Jr. (Bar # 452454)
Briglia Hundley P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
Telephone: 703-940-3748
Facsimile: 703-883-0899
Email: dwoll@brigliahundley.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 25, 2021, which will send notice of said filing to the following:

Christopher Brodie Brown
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Ph: (202) 252-7153
christopher.brown6@usdoj.gov

_____/s/_____
David Carey Woll, Jr.

2