Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.　　　　　　　　　　　　　　　Criminal Case No.: 21-mj-278-RMM

DILLON PAUL HOMOL

## PASSPORT RECEIPT

Defendant's passport, number _____581690850_____, has been surrendered to the undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: _____　　By: _____Laurence Pierre-Louis_____
　　　　　　Defendant　　　　　　　　　　　　　　　Deputy Clerk