AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Dillon Paul Homol | ) Case No. 1:21-mj-00278 |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/29/2021

Dillon Homol (Apr 29, 2021 13:50 EDT)
*Defendant's signature*

*Signature of defendant's attorney*

David Carey Woll, Jr. Bar # 452454
*Printed name and bar number of defendant's attorney*

Briglia Hundley PC
1921 Gallows Road, Suite 750
Tysons Corner VA 22182

*Address of defendant's attorney*

dwoll@brigliahundley.com
*E-mail address of defendant's attorney*

703-940-3748
*Telephone number of defendant's attorney*

703-883-0899
*FAX number of defendant's attorney*