# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-mj-278 (RMM) |
| v. | : | |
| | : | |
| **DILLON PAUL HOMOL,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for August 24, 2021 at 1:00 p.m. be continued until October 21, 2021, at 1:00 p.m., before Magistrate Judge G. Michael Harvey; it is

FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from August 25, 2021 until October 21, 2021, be excluded from computation of time under the Speedy Trial Act in this case, because the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial as the exclusion of time will give defense counsel time to review the voluminous discovery in this matter and allow time for the parties to continue their discussions for a disposition of this matter short of trial.  The time between August 24, 2021 and August 25, 2021 is excluded from Speedy Trial Act calculations due to the pendency of the Motion to Continue.

HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE