AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00278-RMM-1 |
| Dillon Paul Homol | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dillon Paul Homol.

Date: 09/16/2021

/s/ James W. Hundley
*Attorney's signature*

James W. Hundley, Bar # VA049
*Printed name and bar number*
Briglia Hundley, P.C.
1921 Gallows Rd., Ste. 750
Tysons Corner, VA 22182

*Address*

jhundley@brigliahundley.com
*E-mail address*

(703) 883-0204
*Telephone number*

(703) 883-0899
*FAX number*