IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:21-mj-00278-RMM-1 |
| ) | |
| DILLON PAUL HOMOL ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Defendant's Motion to Withdraw Counsel. It appearing to the Court that David Carey Woll, Jr., is no longer engaged in the private practice of law and is unable to continue representing the Defendant in this matter, that James W. Hundley of Briglia Hundley, P.C., a member of the Bar of this Court, has entered his appearance as counsel of record for the Defendant, that the government does not oppose this Motion, and that good cause otherwise exists;

The Defendant's Motion to Withdraw Counsel is GRANTED, and it is hereby ORDERED that David Carey Woll, Jr., is withdrawn as counsel for the Defendant, Dillon Paul Homol.

Date: _____

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE