IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-mj-278 (RMM) |
| | ) | |
| DILLON PAUL HOMOL | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Defendant's Motion to Withdraw Counsel. It appearing to the Court that David Carey Woll, Jr., is no longer engaged in the private practice of law and is unable to continue representing the Defendant in this matter; and that James W. Hundley of Briglia Hundley, P.C., who is a member of the Bar of this Court, has entered his appearance as counsel of record for the Defendant, it is hereby

**ORDERED** that Defendant's Motion to Withdraw Counsel is **GRANTED**; and it is further

**ORDERED** that David Carey Woll, Jr. be withdrawn as counsel for the Defendant.

Date: September 20, 2021

Zia M. Faruqui
2021.09.20
18:38:50 -04'00'

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE