**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-mj-278 (GMH)** |
| **v.** | **:** | |
| | **:** | |
| **DILLON PAUL HOMOL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for January 20, 2022 at 1:00 p.m. be continued until February __22__, 2022, at __1:00__ p.m.;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from January 20, 2022 until February __22__, 2022, be excluded from computation of time under the Speedy Trial Act in this case, in order to give defense counsel time to review the voluminous discovery in this matter and to allow time for the parties to continue their discussions for a disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this __18__ day of January, 2022.

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE