# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-mj-278 (RMM) |
| v. | : | |
| | : | |
| DILLON PAUL HOMOL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth N. Eriksen is entering her appearance in the above-captioned matter as counsel for the United States.

                                                                              Respectfully submitted,

DATED: May 17, 2022                        MATTHEW M. GRAVES
                                                      United States Attorney
                                                       D.C. Bar No. 481052

                                  By:    */s/ Elizabeth N. Eriksen*
                                                       ELIZABETH N. ERIKSEN
                                                       VA Bar No. 72399
                                                       Trial Attorney, Detailee
                                                       1301 New York Avenue, NW, 8th Floor
                                                       Washington, DC 20530
                                                       (202) 616-4385
                                                       Elizabeth.Eriksen@usdoj.gov