UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CASE NO. 21-mj-278 (RMM) |
| v. | : |
| | : |
| DILLON PAUL HOMOL, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that filed herewith is Notice to withdraw and terminate Assistant United States Attorney Christopher B. Brown's name from the above case.

                                Respectfully submitted,

                                MATTHEW M. GRAVES
                                United States Attorney
                                D.C. Bar No. 481052

By:    */s/ Christopher B. Brown*
           Christopher B. Brown
           Assistant United States Attorney
           D.C. Bar No. 1008763
           601 D Street, N.W.
           Washington, DC 20530
           Christopher.Brown6@usdoj.gov
           (202) 252-7153