**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-CR-0050 (JMC)** |
| | : | |
| **DILLON PAUL HOMOL,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

The United States of America, by and through the United States Attorney for the District of Columbia, and counsel for the defendant, DILLON PAUL HOMOL, hereby respectfully submits this status report and proposed scheduling order to the Court regarding the above-captioned case.

**A. Background**

The defendant was charged by indictment on February 15, 2023.  He made his initial appearance and was arraigned on the indictment in this Court on February 23, 2023. At that time, the defendant indicated he wished to waive a jury trial, and the Court set a pre-rial conference and a bench trial for September 18, 2023. The Court also ordered the parties to file the attached scheduling order by March 3, 2023, to address motions and other pre-trial deadlines. Time under the Speedy Trial Act has been excluded until the trial date of September 18, 2023.

**B. Proposed Pre-Trial Deadlines**

1.     The parties shall appear for a Pre-trial Conference on **September 18, 2023**.

2.     The parties shall file any pre-trial motions on or before **June 2, 2023**; oppositions shall be filed on or before **June 9, 2023**; and replies shall be filed on or before **June 16, 2023**.

3.     The United States shall make any required expert disclosures pursuant to

2

Rule 16(a)(1)(G) by **June 16, 2023;** any reciprocal expert disclosure by Defendant pursuant to Rule 16(b)(1)(C) shall be made by **June 16, 2023. Any expert disclosures by the United States made in rebuttal to the Defendant's timely expert disclosures shall be made by July 14, 2023.**

4.  The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **June 16, 2023**.

5.  Except where otherwise noted in this Pre-trial Order, motions *in limine* shall be filed on or before **August 4, 2023**; oppositions shall be filed on or before **August 11, 2022**; and replies shall be filed on or before **August 18, 2023.**

6.  Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **August 4, 2023**.  The court will consider any motion *in limine* with respect to reciprocal discovery after such discovery is received.

7.  The Defendant has requested that the United States produce all discovery and inspection required by Rule 16.  The United States has been and will continue to produce the discovery so requested and required.  The United States will satisfy its discovery obligations under Rule 16 by **August 4, 2023**.

8.  On or before **September 11, 2023**, both parties shall file the following:

    a.  Witnesses Lists

    b.  Exhibit lists

    c.  Stipulations

9.  The United States will endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or **September 11, 2023.**

Any *Brady* material not already disclosed also must be disclosed by this date.

Respectfully submitted,

**COUNSEL FOR THE GOVERNMENT**

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
VA Bar No. 72399
Trial Attorney, Criminal Division
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
for the District of Columbia
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

**COUNSEL FOR THE DEFENDANT**

*/s/ James W. Hundley*
James W. Hundley
Briglia & Hundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA  22182
(703) 883-0880
jhundley@brigliahundley.com