UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-0050 (JMC) |
| | : | |
| **DILLON PAUL HOMOL,** | : | |
| | : | |
| **Defendant.** | : | |

### PRETRIAL SCHEDULING ORDER

Pursuant to the Joint Status Report and Proposed Scheduling Order submitted by the parties, the Court hereby Orders that the parties shall adhere to the following deadlines in advance of trial:

1. The parties shall appear for a Pre-trial Conference on **September 18, 2023**.

2. The parties shall file any pre-trial motions on or before **June 2, 2023**; oppositions shall be filed on or before **June 9, 2023**; and replies shall be filed on or before **June 16, 2023**.

3. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by **June 16, 2023;** any reciprocal expert disclosure by Defendant pursuant to Rule 16(b)(1)(C) shall be made by **June 16, 2023. Any expert disclosures by the United States made in rebuttal to the Defendant's timely expert disclosures shall be made by July 14, 2023.**

4. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **June 16, 2023**.

5. Except where otherwise noted in this Pre-trial Order, motions *in limine* shall be filed on or before **August 4, 2023**; oppositions shall be filed on or before **August**

**11, 2022**; and replies shall be filed on or before **August 18, 2023.**

6. Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **August 4, 2023**. The court will consider any motion *in limine* with respect to reciprocal discovery after such discovery is received.

7. The Defendant has requested that the United States produce all discovery and inspection required by Rule 16. The United States has been and will continue to produce the discovery so requested and required. The United States will satisfy its discovery obligations under Rule 16 by **August 4, 2023**.

8. On or before **September 11, 2023**, both parties shall file the following:

    a. Witnesses Lists

    b. Exhibit lists

    c. Stipulations

9. The United States will endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or **September 11, 2023.** Any *Brady* material not already disclosed also must be disclosed by this date.

Trial in this case has been set for **September 18, 2023**.

**So Ordered this \_\_\_\_ day of March, 2023.**

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE