UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States of America**

                                  Case No. 23-cr-0050 (JMC)

v.

**Dillon Paul Homol**,

      *Defendant.*

### Defendant Dillon Homol's Motion to Dismiss the Indictment

Defendant Dillon Homol, through counsel, moves the Court to dismiss the indictment against him. As explained in the accompanying memorandum of law, the indictment fails to allege all of the elements charged in Count 1, and Counts 2 through Count 5 of the indictment are multiplicitous.

Dated: June 2, 2023

                                  Respectfully Submitted,

                                  /s/ William DeVinney
                                  _____
                                  James W. Hundley
                                  William T. DeVinney
                                  Briglia Hundley, P.C.
                                  1921 Gallows Road, Ste 750
                                  Tysons Corner, VA 22182
                                  Phone: (703) 883-0880
                                  Fax: (703) 942-8092
                                  Email: jhundley@brigliahundley.com
                                  Email: wdevinney@brigliahundley.com

**Certificate of Service**

I certify that on June 2, 2023, the foregoing of Defendant's Motion to Dismiss the Indictment was served on the following via the Court's electronic filing system:

Elizabeth Nash Eriksen
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005

_____
William DeVinney