UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States of America**

                                             Case No. 23-cr-0050 (JMC)

    v.

**Dillon Paul Homol**,

      *Defendant.*

**Defendant's Motion to Require the Government to Comply with Its *Brady* Obligations**

Defendant Dillon Paul Homol, through counsel, moves the Court for an order requiring the government to comply, or confirm that it has complied, with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), regarding 41,000 hours of video possessed by the House of Representatives.

Dated:  June 2, 2023                                 Respectfully Submitted,

                                                      */s/ William DeVinney*

                                                   James W. Hundley
                                                   William T. DeVinney
                                                   Briglia Hundley, P.C.
                                                   1921 Gallows Road, Ste 750
                                                   Tysons Corner, VA 22182
                                                   Phone: (703) 883-0880
                                                   Fax: (703) 942-8092
                                                   Email:  jhundley@brigliahundley.com
                                                   Email:  wdevinney@brigliahundley.com

**Certificate of Service**

I certify that on June 2, 2023, the foregoing Defendant's Motion to Require the Government to Comply with Its Brady Obligations was served on the following via the Court's electronic filing system:

Elizabeth Nash Eriksen
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005

William DeVinney