# ATTACHMENT 2



UNITED STATES CAPITOL POLICE
REQUEST FOR VIDEO RECORDINGS

CP-411
(10/16)

(Please Type or Print Legibly)

| TO BE COMPLETED BY REQUESTING EMPLOYEE | | | | |
|---|---|---|---|---|
| 1. TYPE OF RECORDING | ☐ REVIEW   ☐ CD/DVD   ☐ PHOTO/SNAPSHOT | | | |
| 2. REASON FOR REQUEST | ☐ COURT   ☐ SUBPOENA   ☐ TRAINING   ☐ OPR   ☐ OGC/OEC ☐ OTHER (explain) | | | |
| 3. REQUEST DATE | | 4. DATE NEEDED | | |
| 4. TYPE OF EVENT | 5. EVENT DATE AND TIME | 6. LOCATION OF EVENT | | 7. CAMERAS |
| 8. VIDEO START DATE | | 10. VIDEO END DATE | | |
| 9. VIDEO START TIME | | 11. VIDEO END TIME | | |
| 12. CFN | | 13. CCN | | |
| 14. NAME AND UNIT OF OFFICER(S) INVOLVED | | | 15. UNIT | |
| 16. REQUESTING OFFICIAL | | | 17. UNIT | |
| 18. OFFICE PHONE | | 19. CELL PHONE | | |
| 20. DESIGNATED ALTERNATE (PICK-UP) | | | 21. UNIT | |
| 22. OFFICE PHONE | | 23. CELL PHONE | | |
| CHIEF OF OPERATIONS APPROVAL | | | | |
| 24. SIGNATURE | | 25. PRINTED NAME | | 26. DATE |
| TO BE COMPLETED BY SYSTEM OPERATIONS SECTION (SOS) | | | | |
| 27. SIGNATURE | | 28. PRINTED NAME | | |
| 29. VIDEO REQUEST TRACKING NUMBER | | 30. DATE COMPLETED | | |
| TO BE COMPLETED BY EMPLOYEE RECEIVING VIDEO | | | | |
| WARNING: UNAUTHORIZED USE, DUPLICATION OR DISSEMINATION OF INFORMATION CONTAINED ON THIS CD/DVD MAY RESULT IN APPROPRIATE ADVERSE ACTION | | | | |
| 31. EMPLOYEE SIGNATURE | | 32. EMPLOYEE PRINTED NAME | | 33. DATE |