UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Dillon Paul Homol**, <br><br> *Defendant.* | Case No. 23-cr-50 (JMC) |

### DEFENDANT'S NOTICE OF INTENT TO AMEND PLEA

COMES NOW the Defendant, Dillon Paul Homol, through counsel, and gives Notice that on September 25, 2023, at 9:30 a.m. during the Pretrial Conference previously scheduled in this case, or at such other time as the Court shall set, Mr. Homol will amend his plea to Count Five of the Indictment charging him with Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G) from Not Guilty to Guilty. Mr. Homol's previously entered pleas of Not Guilty to all other counts of the Indictment will remain unchanged.

Dated:  August 25, 2023                                         Respectfully Submitted,

*/s/ James W. Hundley*
James W. Hundley, DDC Bar # VA049
William T. DeVinney, D.C. Bar # 488539
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email:  jhundley@brigliahundley.com
Email:  wdevinney@brigliahundley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing has been served via the Court's electronic filing system on this 25th day of August, 2023 to:

Elizabeth Nash Eriksen
Trial Attorney, Detailee
VA Bar No. 72399
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
(202) 252-7759
nathaniel.whitesel@usdoj.gov

              */s/ James W. Hundley*
              James W. Hundley