IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Dillon Paul Homol,** <br><br> *Defendant.* | Case No. 23-cr-50 (JMC) |

### STATEMENT OF DEFENSE COUNSEL REGARDING PLEA OFFER COMMUNICATIONS

COMES NOW counsel for the defendant, Dillon Paul Homol, pursuant to the Court's Scheduling Order of March 6, 2023, and submits the following:

- On January 3, 2022, defense counsel received a Plea Offer letter from the government and forwarded it via email to the defendant, Dillon Homol. The Plea Offer would have required Mr. Homol to plead guilty to one felony charge of Obstructing Congress in violation of 18 U.S.C. § 1512(c)(2).

- On January 6, 2022, defense counsel and Mr. Homol held a lengthy phone conversation in which the terms of the government's Plea Offer were reviewed.

- Defense counsel reviewed the maximum sentence that could be imposed for a felony conviction under 18 U.S.C. § 1512(c)(2). Defense counsel reviewed the roles of 18 U.S.C. § 3553(a) and of the Federal Sentencing Guidelines in determining an applicable sentence. Defense counsel estimated that the Guidelines' recommended sentencing range could be as low as 15 to 21 months of imprisonment. Defense counsel further explained that the government planned on seeking a higher sentencing range calculation of 41 to 51 months of incarceration.

- At the conclusion of this phone call on January 6, 2022, Mr. Homol rejected the government's Plea Offer but authorized defense counsel to ask the government to allow him to plead guilty to one of the misdemeanor charges that were pending against him.

- On May 16, 2022, defense counsel submitted a "proffer letter" to the government addressing the facts of this case, setting forth mitigating factors in Mr. Homol's favor, and requesting that a new plea offer be extended allowing Mr. Homol to plead guilty to a misdemeanor.

- On February 7, 2023, the government advised defense counsel that they were unwilling to amend the original Plea Offer.

Dated:  September 11, 2023                    Respectfully Submitted,


                                                */s/ James W. Hundley*
James W. Hundley, DDC Bar # VA049
William T. DeVinney, D.C. Bar # 488539
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email:  jhundley@brigliahundley.com
Email:  wdevinney@brigliahundley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing has been served via the Court's electronic filing system on this 11ʰ day of September, 2023 to:

Elizabeth Nash Eriksen
Trial Attorney, Detailee
VA Bar No. 72399
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
(202) 252-7759
nathaniel.whitesel@usdoj.gov

                                                 */s/ James W. Hundley*_____
                                                 James W. Hundley

-