# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
United States of America,                           )
            Plaintiff,                               )
                                                    )
    v.                                               )      Case No. 23-cr-50 (JMC)
                                                    )
Dillon Paul Homol,                                  )
            Defendant.                               )
_____)

## DEFENDANT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | OBJECTION | BASIS OF OBJECTION | |
|---|---|---|---|---|---|
| 1 | Text messages between Defendant and his mother dated January 1, 2021 | | | | |
| 2 | Video of Donald Trump's speech given on January 1, 2021 | | | | |
| 3 | Transcript of Donald Trump's speech given on January 1, 2021 | | | | |
| 4 | Facebook livestream video taken by Defendant walking towards the Capitol building | | | | |
| 5 | Videos taken by Defendant in the crowd at Capitol building and inside the interior of the building | | | | |
| 6 | Screengrab from Axon body camera footage of Defendant in crowd outside Capitol building | | | | |
| 7 | Screengrab from Axon body camera footage of Defendant walking towards Capitol building steps | | | | |
| 8 | Video footage of Defendant entering Capitol building through upper west terrace door | | | | |
| 9 | Video footage of Defendant entering Capital building through upper west terrae door from other angle | | | | |
| 10 | Video footage of protesters entering Capitol building | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | OBJECTION | BASIS OF OBJECTION | |
|---|---|---|---|---|---|
| 11 | Facebook live stream video taken by Defendant in National Statuary Hall | | | | |
| 12 | Facebook live stream video taken by Defendant in National Statuary Hall | | | | |
| 13 | Facebook live stream video taken by Defendant in National Statuary Hall | | | | |
| 14 | Image of Defendant in Rotunda | | | | |
| 15 | Video footage of Defendant walking in Rotunda | | | | |
| 16 | Video footage of Defendant walking around Rotunda | | | | |
| 17 | Video footage of Defendant walking around Rotunda | | | | |
| 18 | Axon body camera footage X6039BFTZ Defendant's flag is taken, interaction obstructed | | | | |
| 19 | Axon body camera footage X6039ABXH Defendant's flag is taken | | | | |
| 20 | Axon body camera footage X6039BJ6K Defendant asks for flag to be returned | | | | |
| 21 | Video footage taken of Defendant near Rotunda interior door | | | | |
| 22 | Video footage of Defendant taken on steps outside Rotunda exit | | | | |
| 23 | Text message group chat messaged between Defendant and family members dated January 1, 2021 | | | | |

Dated:  September 11, 2023                    Respectfully Submitted,


                                             /s/ James W. Hundley
                                             James W. Hundley, DDC Bar # VA049
                                             William T. DeVinney, D.C. Bar # 488539
                                             Briglia Hundley, P.C.
                                             1921 Gallows Road, Ste 750
                                             Tysons Corner, VA 22182
                                             Phone: (703) 883-0880
                                             Fax: (703) 942-8092
                                             Email:  jhundley@brigliahundley.com
                                             Email:  wdevinney@brigliahundley.com

## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing has been served via the Court's
electronic filing system on this 11th day of September, 2023 to:

Elizabeth Nash Eriksen
Trial Attorney, Detailee
VA Bar No. 72399
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
(202) 252-7759
nathaniel.whitesel@usdoj.gov


                                             /s/ James W. Hundley
                                             James W. Hundley