IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-cr-50 (JMC) |
| v. | : | |
| DILLON PAUL HOMOL, | : | |
| Defendant. | : | |

**JOINT PROPOSED STIPULATIONS
OF THE PARTIES**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, through counsel, respectfully file the following proposed stipulations that the parties anticipate admitting as evidence during the trial in the above-referenced matter, which is set to begin on September 25, 2023.

Respectfully submitted,

FOR THE DEFENDANT

By: */s/ James W. Hundley*
James W. Hundley, DDC Bar # VA049
William T. DeVinney, D.C. Bar # 488539
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email:  jhundley@brigliahundley.com
Email:  wdevinney@brigliahundley.com

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
VA Bar No. 72399
Trial Attorney, Detailee
U.S. Dept. of Justice, Criminal Division
601 D Street NW
Washington, DC 20530
Elizabeth.Eriksen@usdoj.gov
(202) 616-4385

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 23-cr-50 (JMC) |
| v. | : | |
| **DILLON PAUL HOMOL,** | : | |
| **Defendant.** | : | |

## STIPULATION OF THE PARTIES

The defendant, Dillon Paul Homol, through his counsel, and the United States of America, through its attorney, the United States Attorney for the District of Columbia, agree and stipulate to the following:

The initial entry into the United States Capitol building on January 6, 2021 occurred at 2:11 p.m. when individuals on the northwest side of the building broke a window, climbed inside, and then opened doors of the building.

FOR THE DEFENDANT                                   FOR THE UNITED STATES

_____                     _____
James W. Hundley                                    Elizabeth Eriksen
William T. DeVinney                                 Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 23-cr-50 (JMC) |
| v. | : | |
| **DILLON PAUL HOMOL,** | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The defendant, Dillon Paul Homol, through his counsel, and the United States of America, through its attorney, the United States Attorney for the District of Columbia, agree and stipulate to the following:

*The January 6, 2021 Speech of President Donald J. Trump*

Defendant Exhibit 2 is a true and accurate video recording of the speech delivered by President Donald J. Trump on January 6, 2021 at the rally on the Ellipse located directly south of the White House, and Defendant Exhibit 3 is a true and accurate transcript of this speech. The parties agree that the exhibits referenced in this stipulation may be introduced into evidence without establishing additional foundation beyond the stipulation. The parties further stipulate that President Trump ended this speech at 1:10 p.m. on January 6, 2021.

FOR THE DEFENDANT                                    FOR THE UNITED STATES


_____                _____
James W. Hundley                                          Elizabeth Eriksen
William T. DeVinney                                       Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

**STIPULATION OF THE PARTIES**

The defendant, Dillon Paul Homol, through his counsel, and the United States of America, through its attorney, the United States Attorney for the District of Columbia, agree and stipulate to the following:

The walking distance from the Ellipse in Washington, D.C. (located directly to the south of the White House) to the United States Capitol is 1.9 miles.

FOR THE DEFENDANT                                FOR THE UNITED STATES

_____           _____
James W. Hundley                                 Elizabeth Eriksen
William T. DeVinney                              Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

### *The U.S. Capitol Building and Grounds*

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes a variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. Government Exhibit 104 is a true and accurate depiction of the location of the restricted perimeter around the U.S. Capitol grounds and building on January 6, 2021. The security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating, "Area Closed By order of the United States Capitol Police Board."

On January 6, 2021, the Restricted Area described above and depicted in Government Exhibit 104 was a posted, cordoned off, or otherwise restricted area where the Vice President and members of his immediate family were and would be temporarily visiting, and therefore constituted a "restricted building or grounds" as that term is used in Title 18, United States Code, Section 1752(c).

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| _____ | _____ |
| James W. Hundley | Elizabeth Eriksen |
| William T. DeVinney | Nathaniel Whitesel |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-50 (JMC) |
| v. | : | |
| **DILLON PAUL HOMOL,** | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, with the concurrence of his attorney, agree and stipulate to the following:

### *Homol's presence in and around the U.S. Capitol Building*

On January 6, 2021, the defendant, Dillon Homol, entered the U.S. Capitol building at approximately 2:44 p.m. through the Upper West Terrace Doors and exited at approximately 3:36 p.m. through the East Rotunda Doors. Government Exhibits Series 300, 400, and 500 depict the defendant in and around the U.S. Capitol building and grounds on January 6, 2021. In these exhibits, the defendant is seen holding a red "Make America Great Again" flag and wearing a camouflage backpack, a blue and black plaid long sleeve button up shirt, blue jeans, brown and black boots, and a red "TRUMP" hat.

FOR THE DEFENDANT                                   FOR THE UNITED STATES

_____            _____
James W. Hundley                                    Elizabeth Eriksen
William T. DeVinney                                 Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-cr-50 (JMC) |
| v. : | |
| DILLON PAUL HOMOL, : | |
| Defendant. : | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

*<u>Open-Source Media</u>*

Government Exhibits numbered 500-507 and 509-518 under the Category "Public Source and Other Video" are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021. The video footage was not altered or edited in any other way. The video footage is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

FOR THE DEFENDANT                                  FOR THE UNITED STATES

_____                 _____
James W. Hundley                                       Elizabeth Eriksen
William T. DeVinney                                    Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 23-cr-50 (JMC) |
| v. | : |
| DILLON PAUL HOMOL, | : |
| Defendant. | : |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

*Congressional Montage Video*

Government Exhibit 801 is a montage of footage of the official proceedings on January 6, 2021, before the suspension of the official proceedings and after the resumption of the official proceedings at approximately 8:00 p.m. and is comprised of the relevant Congressional Record, references the relevant constitutional and statutory provisions, and relevant recordings from the United States Senate Recording Studio and the House Recording Studio of the Office of the Chief Administrative Officer of the United States House of Representatives. The montage includes, and is not limited to, information and video described in Government Exhibit 801.1. The events depicted in the video footage in Government Exhibit 801 is a fair and accurate depiction of the official proceedings at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage is authentic in that it is what it purports to be.  The parties agree that the exhibits

referenced in this stipulation and items listed in Government Exhibit 801.1 may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| _____ | _____ |
| James W. Hundley<br>William T. DeVinney | Elizabeth Eriksen<br>Nathaniel Whitesel |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

### *Metropolitan Police Department Body Worn Camera*

Members of the Metropolitan Police Department ("MPD") utilize equipment known as Body Worn Camera ("BWC"). BWC records audio and video. The equipment timestamps each recording with the date and time at which the footage is captured. The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the BWC video footage contained in Government Exhibit Series 400 are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and

the BWC video footage was not altered or edited in any way. The BWC video footage contained in Government Exhibit Series 400 is authentic in that it is what it purports to be.

FOR THE DEFENDANT

FOR THE UNITED STATES

_____
James W. Hundley
William T. DeVinney

_____
Elizabeth Eriksen
Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

*United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. Government Exhibit series 300 is footage from USCP closed-circuit video monitoring and recording equipment. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in Government Exhibit series 300 are a fair and accurate depiction of the events at the U.S.

Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

FOR THE DEFENDANT                                     FOR THE UNITED STATES

_____                    _____
James W. Hundley                                      Elizabeth Eriksen
William T. DeVinney                                   Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, with the concurrence of his attorney, agree and stipulate to the following:

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| _____ | _____ |
| James W. Hundley | Elizabeth Eriksen |
| William T. DeVinney | Nathaniel Whitesel |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-cr-50 (JMC) |
| v. : | |
| DILLON PAUL HOMOL, : | |
| Defendant. : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

### *Facebook Records*

The content depicted in Government Exhibit Series 600 are true and accurate copies of records obtained from Facebook for the Facebook account owned and operated by defendant Dillon Paul Homol. The records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters; kept in the ordinary course of the regularly conducted business activity of Facebook; and were made by Facebook as a regular practice.

FOR THE DEFENDANT                                    FOR THE UNITED STATES

_____                    _____
James W. Hundley                                          Elizabeth Eriksen
William T. DeVinney                                        Nathaniel Whitesel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-50 (JMC) |
| v. | |
| DILLON PAUL HOMOL, | |
| Defendant. | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dillon Paul Homol, with the concurrence of his attorney, agree and stipulate to the following:

### *Digital Device*

As part of this case, the Federal Bureau of Investigation ("FBI"), through legal process seized and performed a digital forensic extraction of defendant Homol's cell phone. Government Exhibit Series 700 are authentic, accurate, and exact copies of digital content obtained through that extraction. The FBI maintained proper chain of custody for Homol's cell phone throughout the pendency of this case. The FBI employed proper and reliable techniques to extract the data from Homol's cell phone. All timestamps associated with copies of digital content extracted from Homol's cell phone are accurate.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| _____ | _____ |
| James W. Hundley | Elizabeth Eriksen |
| William T. DeVinney | Nathaniel Whitesel |