| | | |
|---|---|---|
| Government | ■ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.    Criminal No.   23-cr-50-JMC

Dillon Paul Homol

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection | |
|---|---|---|---|---|---|
| 100 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 101 | J 6 Montage video (6 min) | | | | |
| 102 | Area Closed Signs and Barricades – time lapse (3 min) | | | | |
| 103 | Aerial Photo of the Capitol Building and Grounds | | | | |
| 104 | Map of Restricted Perimeter | | | | |
| 105 | Area Closed Sign (close up) | | | | |
| 106 | Map - Capitol Building and Grounds | | | | |
| 106.1 | Map - Capitol Building and Grounds (Alternate view – compressed) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection | |
|---|---|---|---|---|---|
| 107 | Area Closed Sign and Barricades (rioters pushing) | | FRE 401 and 403 | Defendant objects on the grounds of relevance and prejudice | |
| 108 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | |
| 109 | Area Closed Sign and Bike Rack (close up) | | | | |
| 110 | Capitol Model (Top-down) | | | | |
| 111 | Capitol Model (West Front) | | | | |
| 112 | Capitol Model (West Top Down) | | | | |
| 113 | Capitol Map – Second Floor | | | | |
| | | | | | |
| 200 Series | *Secret Service Exhibits* | | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | Objection | Basis of Objection |
|---|---|---|---|
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 (33 sec.) | | |
| | | | |
| **300 Series** | ***U.S. Capitol CCTV Footage*** | | |
| 301 | USCS 01 Upper West Terrace Door-2021-01-06_14h43min | | |
| 302 | USCS 01 Upper West Terrace-2021-01-06_14h44min | | |
| 303 | USCD 02 Rotunda South-2021-01-06_14h58min00s000ms | | |
| 304 | East Rotunda Door 15h20m to 15h45m | | |
| | | | |
| **400 Series** | ***Body Worn Camera*** | | |
| 401 | X6039BEW6 – West Plaza BWC | | |
| 401.1 | X6039BEW6 - clipped | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | Objection | Basis of Objection | |
|---|---|---|---|---|
| 402 | X6039BJ6R – West Plaza BWC | | | |
| 402.1 | X6039BJ6R - clipped | | | |
| 403 | X6039BF8R – West Plaza BWC | | | |
| 403.1 | X6039BF8R - clipped | | | |
| 404 | X6039BCAU – West Plaza BWC | | | |
| 404.1 | X6039BCAU - clipped | | | |
| 405 | X6039BD08 – West Plaza BWC | | | |
| 405.1 | X6039BD08 - clipped | | | |
| 406 | X6039BK5E – West Plaza BWC | | | |
| 406.1 | X6039BK5E - clipped | | | |
| 407 | X6039BFQ1 (1) – Interior Hallway BWC | | | |
| 408 | X6039BFQ1 (2) – Rotunda BWC | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | Objection | Basis of Objection | |
|---|---|---|---|---|
| 408.1 | X6039BFQ1 (2) - clipped | | | |
| 409 | X6039ABXH – Rotunda BWC | | | |
| 409.1 | X6039ABXH - clipped | | | |
| 410 | X6039BCX3 – Rotunda BWC | | | |
| 410.1 | X6039BCX3 - Clipped | | | |
| | | | | |
| 500 Series | *Public Source and Other Media* | | | |
| 501 | Video: Homol Facebook Live – Outside Capitol | | | |
| 502 | Video: Homol Facebook Live – Inside Capitol | | | |
| 503 | Video: Homol Snapchat | | | |
| 504 | Video: Wild_from_Washington_No_1<br>Depicts the defendant walking to the Ellipse | | | |
| 505 | Video: Stop_the_Steal<br>Depicts the defendant on the lower SW plaza | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | Objection | Basis of Objection | |
|---|---|---|---|---|
| 506 | Video: 56tBtuvDXJ6GFLaEp<br>Depicts the defendant on the SW plaza steps | | | |
| 507 | Video: wE3Rfrzr8GANGYunZ<br>Depicts the defendant on the SW plaza steps | | | |
| 508 | Video: Will Allen-DuPraw All Footage<br>Depicts the defendant breaching the west plaza police line | FRE 901 | Defendant objects on the grounds of foundation/authentication | |
| 509 | Video: New York Times—Day of Rage<br>Depicts the defendant behind police line on the west plaza | | | |
| 510 | Video: bLzjJt5EsDB8<br>Depicts the defendant behind police line on the west plaza | | | |
| 511 | Video: xM8CXfu9pQHk<br>Depicts the defendant behind police line on the west plaza | | | |
| 512 | Video: Capital Hill Occupy -ovfr18<br>Depicts the defendant in the Rotunda | | | |
| 513 | Video: Mikki Willis dd40c2<br>Depicts the defendant at the East Rotunda Doors | | | |
| 514 | Video: Protesters_STORM_U_S_Capi<br>Depicts the defendant at the East Rotunda Doors and East Capitol Steps | | | |
| 515 | Video: WvNy0mY8LFTq_cvt<br>Depicts the defendant on the east Capitol steps | | | |
| 516 | Video: dNja7HbNLHztWGcbo<br>Depicts the defendant on the east Capitol steps | | | |
| 517 | Photograph: Getty Photo<br>Depicts the defendant on the West Plaza | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | Objection | Basis of Objection |
|---|---|---|---|
| 518 | Video: ccJa40cxbsVfLxju<br>Depicts rioters on the West Plaza | FRE 401 and 802 | Defendant objects on the grounds of relevance and hearsay |
|  |  |  |  |
| 600 Series | *Facebook* |  |  |
| 601 | Account Information |  |  |
| 602 | Group Memberships |  |  |
| 603 | Group Post – Joe Biden is NOT My President |  |  |
| 604 | 11-4-20 Status | FRE 401 and 403 | Defendant objects on the grounds that it is not relevant to any issue; probative value is outweighed by prejudicial effect from language, including statements from others not made by Dillon |
| 605 | 1-6-21 Live Records |  |  |
| 606 | Trump Jan 6 Searches |  |  |
| 607 | Mid/late December Account Activity | FRE 401 and 403 | Defendant objects on the grounds that it is not relevant to any fact at issue; probative value is outweighed by prejudicial effect from language |
| 608 | David Homol and Trump Georgia Searches |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection | |
|---|---|---|---|---|---|
| 609 | 12-29-20 Share | | FRE 401 and 403 | Defendant objects on the grounds that it is not relevant, refers only to poll stating Trump is the most admired man in America | |
| 610 | Direct Messages: DH | | | | |
| 611 | Direct Messages: AB and RG | | FRE 401 and 403 | Defendant objects on the grounds that it is not relevant, does not shed any light on reason for being inside Capitol | |
| 612 | Direct Messages: DC Rally | | FRE 401, 403 and 802 | Defendant objects on the grounds that it is not relevant to any issue; probative value is outweighed by prejudicial effect from language, including statements from others not made by Dillon, and Hearsay – several statements by others being introduced for the truth of the matter asserted | |
| 613 | Direct Messages: SC | | | | |
| 614 | Late December/Early January Activity | | | | |
| 615 | 12-16-20 Status | | FRE 401, 403 and 802 | Defendant objects on the grounds that it is not relevant to any issue; probative value is outweighed by prejudicial effect from language, including statements from others not made by Dillon, and Hearsay – several statements by others being introduced for the truth of the matter asserted | |
| 616 | Direct Messages: KME | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection | |
|---|---|---|---|---|---|
| 617 | Wall Posts | | | | |
| 618 | Direct Messages: NL | | | | |
| 619 | Direct Messages: JK | | | | |
| | | | | | |
| *700 Series* | *Defendant's Phone* | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection | |
|---|---|---|---|---|---|
| 701 | Defendant's Cell Phone | | | Defendant reserves the right to object to the 700 Series exhibits upon identification | |
| [7##] | [*Reserved for specified media files and messages*] | | | Defendant reserves the right to object to the 700 Series exhibits upon identification | |
| | | | | | |
| *800 Series* | *Legislative Material* | | | | |
| 801 | Congressional Montage | | | | |
| 801.1 | Montage Source Document | | | | |
| 802 | Senate Recording Certification | | | | |

| | | | | |
|---|---|---|---|---|
| 803 | House Recording Certification | | | |
| 804 | 12th Amendment | | | |
| 805 | 3 USC 15 | | | |
| 806 | 3 USC 16 | | | |
| 807 | 3 USC 17 | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | | Objection | Basis of Objection |
|---|---|---|---|---|
| 808 | 3 USC 18 | | | |
| 809 | Concurrent Resolution | | | |
| 810 | Congressional Record - Senate | | | |
| 811 | Congressional Record - House | | | |
| | | | | |
| *900 Series* | *Stipulations* | | | |
| [9##] | *[Reserved – Pending Review and Agreement]* | | | |