| Government | ✔ | United States | | |
|---|---|---|---|---|
| Plaintiff | ☐ | VS. | Criminal No. <u>23-cr-50 (JMC)</u> | |
| Defendant | ☐ | Dillon Homol | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| **100 Series** | ***General Evidence of the Capitol Grounds and the Riot on January 6th*** | | | |
| 101 | J 6 Montage video (15 min) | | | |
| 102 | Area Closed Signs and Barricades – time lapse (3 min) | | | |
| 103 | Aerial Photo of the Capitol Building and Grounds | | | |
| 104 | Map of Restricted Perimeter | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 105 | Area Closed Sign (close up) | | | |
| 107 | Area Closed Sign and Barricades (rioters pushing) | | | |
| 108 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | |
| 109 | Area Closed Sign and Bike Rack (close up) | | | |
| 110 | Capitol Model (Top-down) | | | |
| 111 | Capitol Model (West Front) | | | |
| 112 | Capitol Model (West Top Down) | | | |
| 113 | Capitol Map – Second Floor | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| **200 Series** | ***Secret Service Exhibits*** | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 (33 sec.) | | | |
| | | | | |
| **300 Series** | ***U.S. Capitol CCTV Footage*** | | | |
| 301 | USCS 01 Upper West Terrace Door-2021- 01-06_14h43min | | | |
| 302 | USCS 01 Upper West Terrace-2021-01-06_14h44min | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 303 | USCD 02 Rotunda South-2021-01-06_14h58min00s000ms | | | |
| 304 | East Rotunda Door 15h20m to 15h45m | | | |
| | | | | |
| **400 Series** | ***Body Worn Camera*** | | | |
| 401 | X6039BEW6 – West Plaza BWC | | | |
| 401.1 | X6039BEW6 - clipped | | | |
| 401.2 | X6039BEW6 - clipped | | | |
| 401.3 | X6039BEW6 - clipped | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 401.4 | X6039BEW6 - screenshot | | | |
| 402 | X6039BJ6R – West Plaza BWC | | | |
| 402.1 | X6039BJ6R - clipped | | | |
| 403 | X6039BF8R – West Plaza BWC | | | |
| 403.1 | X6039BF8R - clipped | | | |
| 404 | X6039BCAU – West Plaza BWC | | | |
| 404.1 | X6039BCAU - clipped | | | |
| 405 | X6039BD08 – West Plaza BWC | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 405.1 | X6039BD08 - clipped | | | |
| 406 | X6039BK5E – West Plaza BWC | | | |
| 406.1 | X6039BK5E - clipped | | | |
| 407 | X6039BFQ1 (1) – Interior Hallway BWC | | | |
| 408 | X6039BFQ1 (2) – Rotunda BWC | | | |
| 408.1 | X6039BFQ1 (2) - clipped | | | |
| 409 | X6039ABXH – Rotunda BWC | | | |
| 409.1 | X6039ABXH - clipped | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 410 | X6039BCX3 – Rotunda BWC | | | |
| 410.1 | X6039BCX3 - Clipped | | | |
| | | | | |
| *500 Series* | *Public Source and Other Media* | | | |
| 501 | Video: Homol Facebook Live – Outside Capitol | | | |
| 502 | Video: Homol Facebook Live – Inside Capitol | | | |
| 503 | Video: Homol Snapchat | | | |
| 504 | Video: Wild_from_Washington_No_1  Depicts the defendant walking to the Ellipse | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 505 | Video: Stop_the_Steal<br>　　Depicts the defendant on the lower SW plaza | | | |
| 506 | Video: 56tBtuvDXJ6GFLaEp<br>　　Depicts the defendant on the SW plaza steps | | | |
| 507 | Video: wE3Rfrzr8GANGYunZ<br>　　Depicts the defendant on the SW plaza steps | | | |
| 507.1 | 507 Clipped | | | |
| 508 | Video: Will Allen-DuPraw All Footage<br>Depicts the defendant breaching the west plaza police line | | | |
| 508.1 | 508 Clipped | | | |
| 509 | Video: New York Times—Day of Rage<br>　　Depicts the defendant behind police line on the west plaza | | | |
| 509.1 | 509 Clipped | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 510 | Video: bLzjJt5EsDB8  Depicts the defendant behind police line on the west plaza | | | |
| 512 | Video: Capital Hill Occupy -ovfr18 Depicts the defendant in the Rotunda | | | |
| 512.1 | 512 Clipped | | | |
| 513 | Video: Mikki Willis dd40c2  Depicts the defendant at the East Rotunda Doors | | | |
| 513.1 | 513 Clipped | | | |
| 514 | Video: Protesters_STORM_U_S_Capi Depicts the defendant at the East Rotunda Doors and East Capitol Steps | | | |
| 514.1 | 514 Clipped | | | |
| 515 | Video: WvNy0mY8LFTq_cvt  Depicts the defendant on the east Capitol steps | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 516 | Video: dNja7HbNLHztWGcbo<br>Depicts the defendant on the east Capitol steps | | | |
| 516.1 | 516 Clipped | | | |
| 517 | Photograph: Getty Photo<br>Depicts the defendant on the West Plaza | | | |
| 518 | Video: ccJa40cxbsVfLxju<br>Depicts rioters on the West Plaza | | | |
| | | | | |
| 600 Series | *Facebook* | | | |
| 601 | Account Information | | | |
| 602 | Group Memberships | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 603 | Group Post – Joe Biden is NOT My President | | | |
| 604 | 11-4-20 Status | | | |
| 605 | 1-6-21 Live Records | | | |
| 605.1 | videos_3630836567005033.mp4 | | | |
| 605.2 | videos_3631393670282656.mp4 | | | |
| 605.3 | videos_3631490780272945.mp4 | | | |
| 605.4 | videos_3631550806933609.mp4 | | | |
| 605.5 | videos_3631559373599419.mp4 | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 605.6 | videos_3631614123593944.mp4 | | | |
| 605.7 | videos_3631634483591908.mp4 | | | |
| 606 | Trump Jan 6 Searches | | | |
| 607 | Mid/late December Account Activity | | | |
| 608 | David Homol and Trump Georgia Searches | | | |
| 609 | 12-29-20 Share | | | |
| 610 | Direct Messages: DH | | | |
| 610.1 | unified_message_243197070566508 and unified_message_848452805991105 (videos) | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 610.2 | unified_message_927334491448105 and unified_message_984076082120513 (videos) | | | |
| 611 | Direct Messages: AB and RG | | | |
| 612 | Direct Messages: DC Rally | | | |
| 613 | Direct Messages: SC | | | |
| 614 | Late December/Early January Activity | | | |
| 615 | 12-16-20 Status | | | |
| 616 | Direct Messages: KME | | | |
| 617 | Wall Posts | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 618 | Direct Messages: NL | | | |
| 619 | Direct Messages: JK | | | |
| | | | | |
| *700 Series* | *Defendant's Phone* | | | |
| 701 | Defendant's Cell Phone | | | |
| 702 | Snapchat message – 1/6/21 – "The cops let us in lmao" | | | |
| 703 | Snapchat message – 1/6/21 – "Dude absolutely legendary" | | | |
| 704 | Text message thread – 1/6/21 - "Lots of body movement today" | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 705 | Text message thread – 1/6/21 – French TV | | | |
| 706 | Text message thread – 1/3/21 – PVC at hardware | | | |
| 707 | Text message thread – 1/6/21 – "I'm in the capital" | | | |
| 708 | Text message thread – 1/6/21 with Scotty Jr. "Absolutely Legendary/vest tho" | | | |
| 709 | Text message thread – 1/9/21 – "Our military failed us. Now it's our duty to overthrow" | | | |
| 710 | Text message thread – with Colynn "We could've made a statement … waving us in" | | | |
| 711 | Text message thread – Trip planning with Austin/ "LMFAO I'm f*cked" | | | |
| 712 | Image – IMG_3367 | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 713 | Image – 5005_28 | | | |
| 714 | Image – IMG_3465 | | | |
| 715 | Image – IMG_3527 | | | |
| 716 | Video - IMG_3439.medium.mp4 | | | |
| 717 | Video - IMG_3440.medium.mp4 | | | |
| 718 | Video - IMG_3441.medium.mp4 | | | |
| 719 | Video - IMG_3442.medium.mp4 | | | |
| 720 | Video - IMG_3447.medium.mp4 | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 721 | Video - IMG_3448.medium.mp4 | | | |
| 722 | Video - IMG_3449.MOV | | | |
| 723 | Video - IMG_3451.medium.mp4 | | | |
| 724 | Video - IMG_3455.MOV | | | |
| 725 | Video - IMG_3459.MOV | | | |
| 726 | Video - IMG_3460.medium.mp4 | | | |
| 727 | Video - IMG_3464. MOV | | | |
| 728 | Video - IMG_3468.medium.mp4 | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 729 | Video - IMG_3469.MOV | | | |
| | | | | |
| *800 Series* | *Legislative Material* | | | |
| 801 | Congressional Montage | | | |
| 801.1 | Montage Source Document | | | |
| 802 | Senate Recording Certification | | | |
| 803 | House Recording Certification | | | |
| 804 | 12th Amendment | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 805 | 3 USC 15 | | | |
| 806 | 3 USC 16 | | | |
| 807 | 3 USC 17 | | | |
| 808 | 3 USC 18 | | | |
| 809 | Concurrent Resolution | | | |
| 810 | Congressional Record - Senate | | | |
| 811 | Congressional Record - House | | | |