# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**,

    *Plaintiff*,

v.

**Dillon Paul Homol,**

    *Defendant.*

Case No. 23-cr-50 (JMC)

### Defendant's Notice and Motion to Continue the Trial

Please take Notice that on September 25, 2023, at 9:30 a.m., or as soon thereafter as this matter may be heard, the Defendant Dillon Paul Homol, through his attorneys, will move the Court to continue his trial date. As explained in the accompanying memorandum of law, Defendant requests this continuance so that an expected defense witness has sufficient time to assess whether he is willing to waive his Fifth Amendment rights to testify in Defendant's case.

Dated:  September 24, 2023          Respectfully Submitted,


*/s/ James W. Hundley*
James W. Hundley, DDC Bar # VA049
William T. DeVinney, D.C. Bar # 488539
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email:  jhundley@brigliahundley.com
Email:  wdevinney@brigliahundley.com

## Certificate of Service

I certify that Defendant's Motion to Continue was served on all counsel of record on September 24, 2023, via the Court's electronic filing service.

                                                                */s/ William T. DeVinney*
                                                                William T. DeVinney