CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                   )
            vs.                    )    Criminal Case No.: 23-cr-050-JMC
                                   )
DILLON PAUL HOMOL                  )
                                   )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Judge Jia M. Cobb
United States District Judge

Date: 9/29/23