UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>) Case No. 23-cr-0050 (JMC)<br>DILLON PAUL HOMOL )<br>)<br>Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned counsel is hereby entering his appearance on behalf of David Homol who has been subpoenaed to testify at trial by Defendant Dillon Paul Homol in the above-captioned case.

Dated:  September 20, 2023              Respectfully submitted,

*/s/ Stephen L. Sulzer*
Stephen L. Sulzer
D.C. Bar No. 340943
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 202-499-2301
Fax:  202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for David Homol*

1