UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States of America**,

v.

**Dillon Paul Homol**,

*Defendant.*

Case No. **23-cr-50 (JMC)**

### MOTION TO CORRECT OR AMEND FINAL JUDGMENT

COMES NOW the Defendant, Dillon Paul Homol, through counsel, and moves this Honorable Court to correct or amend the Final Judgment entered in this case to reflect that the Court waived the standard condition of probation prohibiting Mr. Homol from possessing or accessing firearms. In support thereof, the following is submitted:

1. Mr. Homol appeared before the Court on January 18, 2024, for sentencing following his convictions for Entering a Restricted Building in violation of 18 U.S.C. § 1752(a)(1), Disorderly Conduct in a Restricted Building in violation of 18 U.S.C. § 1752(a)(2), Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D), and Demonstrating in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).

2. At the conclusion of the sentencing hearing, the Court announced that Mr. Homol would be placed on probation for a term of 24 months. In announcing the sentence, the Court reviewed the mandatory and standard conditions of probation. At that time, the Court announced that the standard condition prohibiting the possession of firearms would be waived.

3. Immediately after the sentencing hearing, Mr. Homol met with a probation officer in the U.S. Probation Office for Washington, D.C. That officer reviewed the conditions of

probation with Mr. Homol and provided him with a copy of the conditions. (Attached as Exhibit 1.) That document shows that the firearms prohibition was waived.

4. On January 23, 2024, the Court issued its Final Judgment. Dkt No. 105. Unlike Exhibit 1, the Final Judgment does not state that the firearms prohibition has been waived. Dkt. No. 105 at p. 4, ¶ 10.

5. Mr. Homol's probation is being supervised by the U.S. Probation Office for the Middle District of Florida. Mr. Homol's probation officer has asked that he take steps to resolve the conflict concerning this term of probation.

WHEREFORE, Mr. Homol requests that this Honorable Court correct or amend its Final Judgment to reflect that the standard condition of probation prohibiting the possession of firearms has been waived.

Dated: February 12, 2024     Respectfully Submitted,

*/s/ James W. Hundley*
James W. Hundley, DDC Bar # VA049
William T. DeVinney, D.C. Bar # 488539
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email: jhundley@brigliahundley.com
Email: wdevinney@brigliahundley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing has been served via the Court's electronic filing system on this 12th day of February, 2024, to:

Elizabeth Nash Eriksen
Trial Attorney, Detailee
VA Bar No. 72399
DOJ-Criminal Division
1301 New York Avenue
8th Floor
Washington, DC 20005
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
(202) 252-7759
nathaniel.whitesel@usdoj.gov

*/s/ James W. Hundley*
James W. Hundley